UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BASHIR YUSUF JAMOH,<br>    Plaintiff, | : | |
| v. | : | No. 5:22-cv-3070 |
| JACKSON UDE,<br>    Defendant. | : | |

**O R D E R**

**AND NOW**, this 12th day of August 2022, upon review of the record, the Court having determined that this case was improperly designated by Plaintiff's counsel as related to *Wabote v. Ude*, Civil action 21-2214 and *Sylva v. Ude*, Civil action 21-4102,[1] it is hereby **ORDERED** that the Clerk shall follow the Court's procedure for random re-assignment of civil cases.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This case does not involve "the same issue of fact or grow out of the same transaction" as Wabote or Sylva.