# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHIR YUSUF JAMOH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3070 |
| | : | |
| **JACKSON UDE** | : | |

# ORDER

**AND NOW**, this 30th day of September 2024, in light of a criminal trial unexpectedly moving forward, and defendant's motion for reconsideration (DI 49), it is **ORDERED** defendant's motion for reconsideration (DI 49) is **GRANTED** and we reschedule the motion hearing and case management conference to **October 18, 2024** at **2:00P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. All counsel **must attend** the hearing in person.

*/s/ John F. Murphy*
**MURPHY, J.**