# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHIR YUSUF JAMOH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3070 |
| | : | |
| **JACKSON UDE** | : | |

# ORDER

**AND NOW**, this 4th day of November 2024, upon considering plaintiff's motion for entry if a protective confidentiality order (DI 71), it is **ORDERED** defendant shall file an opposition brief or statement of non-opposition to plaintiff's motion (DI 71) due no later than **November 5, 2024**.[1]

_____
**MURPHY, J.**

---

[1] The motion indicates that defense counsel did not respond to an inquiry about his position on the motion. That is of course inappropriate. Counsel shall respond to each other's communications promptly and professionally.