**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BASHIR YUSUF JAMOH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3070 |
| | : | |
| **JACKSON UDE** | : | |

# **ORDER**

**AND NOW**, this 2nd day of December 2024, upon considering defendant's motion for sanctions (DI 77), it is **ORDERED** plaintiff shall respond to the motion (DI 77) no later than **December 6, 2024**.

**MURPHY, J.**