IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHIR YUSUF JAMOH** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3070 |
| | : | |
| **JACKSON UDE** | : | |

# ORDER

**AND NOW**, this 17th day of December 2024, upon considering defendant's untimely filed motion for summary judgment (DI 83), plaintiff's letter (DI 85), defendant's motion for an extension of time and for the court to deem defendant's already filed motion as proper (DI 86), and defendant's letter (DI 87), it is **ORDERED**:

1. Defendant's motion for an extension of time and for the court to deem defendant's already filed motion as proper (DI 86) is **DENIED**.

2. Defendant's motion for summary judgment (DI 83) is **STRICKEN**.[1]

3. We will hold a case management videoconference over Microsoft Teams on **December 20, 2024** at **10:30A.M.** and will send a videoconference link by e-mail to all counsel of record. All parties shall be prepared to discuss setting a date certain for trial.

MURPHY, J.

---

[1] Defendant's motion for summary judgment (DI 83) is untimely, and counsel provided no warning, excuse, or request for an extension until after plaintiff pointed out the untimeliness. In a belated and retroactive motion for an extension of time, defense counsel provides no compelling justification for the delay. Defense counsel represents that he had internet connection problems, but gave no reason why he did not alert the court to these alleged problems.