IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHIR YUSUF JAMOH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3070 |
| | : | |
| **JACKSON UDE** | : | |

# ORDER

AND NOW, this 6th day of January 2025, in light of the parties' joint letter (DI 92), it is **ORDERED**:

    1.    Plaintiff will file an opening brief on the issues he outlined (*see* DI 92 at 1)[1] no later than **January 17, 2025**.

    2.    Defendant will file a response brief (addressing only the same issues) no later than **January 31, 2025**.

    3.    Plaintiff may file a reply brief no later than **February 7, 2025**.

*/s/ John F. Murphy*
**MURPHY, J.**

---

[1] We agree with plaintiff that the issues outlined by defendant are triable issues.